| United States Bankruptcy Court<br>**District of Oregon** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Golden Temple Management, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-0708789** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**950 International Way**<br>**Springfield, OR**<br><br>ZIP Code **97477** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>   in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br><br>☐ Chapter 7     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9       of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13     of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Golden Temple Management, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Golden Temple Management, LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ John Albert**
Signature of Attorney for Debtor(s)

**John Albert OSB #760418**
Printed Name of Attorney for Debtor(s)

**Albert & Tweet, LLP**
Firm Name

**P.O. Box 968**
**Salem, OR 97308**

Address

**503-585-2056  Fax: 503-375-2649**
Telephone Number

**February 17, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kartar Singh Khalsa**
Signature of Authorized Individual

**Kartar Singh Khalsa**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**February 17, 2012**
Date

# United States Bankruptcy Court
## District of Oregon

In re   **Golden Temple Management, LLC**

Case No. _____

Chapter _____ **11**

_____
Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 49,077,498.11 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 10,434,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 8 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 49,077,498.11 | | |
| Total Liabilities | | | | 10,434,000.00 | |

# United States Bankruptcy Court
## District of Oregon

In re   **Golden Temple Management, LLC**

Debtor

Case No. _____

Chapter            **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

# United States Bankruptcy Court
## District of Oregon

In re   **Golden Temple Management, LLC**                    Case No. _____

                                        Debtor(s)          Chapter      **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 100,000.00 |
| Prior to the filing of this statement I have received | $ | 100,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   **CNA Insurance Trust**

3.   The source of compensation to be paid to me is:

☐ Debtor   ■ Other (specify):   **CNA Insurance Trust**

4.   ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **Local Counsel - Albert & Tweet, LLP**

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February 17, 2012**                    **/s/ Nancy L. Isserlis**
                                                **Nancy L. Isserlis**
                                                **Winston & Cashatt, Lawyers, P.S.**
                                                **601 W. Riverside Ave., Ste. 1900**
                                                **Spokane, WA 99201**
                                                **509-838-6131  Fax: 509-838-1416**

---

In re     **Golden Temple Management, LLC**            Case No. _____

                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re  **Golden Temple Management, LLC**  Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cash balance at Union Bank Account #xxxxxx1322** | - | 94,998.11 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **GTM is one of the beneficiaries of an insurance trust (CNA insurance) in the possessio of Lane Powell - current value $290,000.00** | - | Unknown |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 94,998.11 |
|---|---|---|
|  | (Total of this page) | |

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Golden Temple Management, LLC**       ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **90% Ownership of Golden Temple of Oregon, LLC** | - | 40,000,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **100% Control of Golden Temple of Oregon, LLC and share in annual profits** | - | 3,982,500.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential malpractice claims against Schwabe, Williamson & Wyatt and other professionals** | - | Unknown |
| | | **Holdback on sale of business division to Hearthside Food Solutions, LLC** | - | 5,000,000.00 |

Sub-Total >     48,982,500.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Golden Temple Management, LLC** _____,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Intellectual property rights in SDI products (currently subject of litigation to which Debtor is not a party)** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Trademark interests in related entities (currently subject of litigation to which Debtor is not a party)** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                Sub-Total >        0.00
                                            (Total of this page)
                                                    Total >    49,077,498.11

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property                    (Report also on Summary of Schedules)

Case 12-60536-fra11   Doc 1   Filed 02/18/12

In re   **Golden Temple Management, LLC**           Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

  __0__   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

In re    **Golden Temple Management, LLC**                            Case No. _____

                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                        **0**     continuation sheets attached

Case 12-60536-fra11     Doc 1     Filed 02/18/12

B6F (Official Form 6F) (12/07)

In re    **Golden Temple Management, LLC**            Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Avtar Hari Singh Khalsa <br> c/o Davis Wright Tremaine LLP <br> 1300 SW Fifth Avenue, Suite 2300 <br> Portland, OR 97201 | X | - | 5/13/2010 <br> Claim for breach of fidiuciary duty, etc. Circuit Court Multnomah County Case No. 0909-13281 | X | X | X | Unknown |
| Account No. <br><br> Davis Wright Tremaine, LLP <br> 1300 SW Fifth Avenue, Suite 2300 <br> Portland, OR 97201 | X | - | 5/13/2010 <br> NOTICE ONLY - Attorney for Private Plaintiffs in Khalsa v. Khalsa, Multnomah County Circuit Court Case No. 0909-13281 | X | X | X | Unknown |
| Account No. <br><br> Golden Temple of Oregon, LLC <br> c/o Stephen S. Smith <br> Greenberg Glusker Fields Claman & Machti <br> 1900 Ave of the Stars, 21st Floor <br> Los Angeles, CA 90067 | | - | Legal services advanced and paid on behalf of Debtor | | | | 275,000.00 |
| Account No. <br><br> Guru Hari S. Khalsa <br> 121 SW Morrison Street, Ste. 925 <br> Portland, OR 97204 | | - | December 2011 <br> Reimbursement of taxes paid on behalf of Debtor | | | | 17,500.00 |

  __3__   continuation sheets attached

                                        Subtotal <br> (Total of this page)      292,500.00

In re   **Golden Temple Management, LLC**                                    Case No. _____

_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. <br><br>**Guru Raj Kaur Khalsa**<br>**c/o Davis Wright Tremaine, LLP**<br>**1300 SW Fifth Avenue, Suite 2300**<br>**Portland, OR 97201** | X | - | | 5/13/2010<br>**Claim for breach of fidiciary duty, etc. Circuit**<br>**Court Multnomah County Case No. 0909-13281** | X | X | X | Unknown |
| Account No. <br><br>**Guru Sangat Kaur Khalsa**<br>**c/o Davis Wright Tremaine LLP**<br>**1300 SW Fifth Avenue, Suite 2300**<br>**Portland, OR 97201** | X | - | | 5/13/2010<br>**Claim for breach of fidiciary duty, etc. Circuit**<br>**Court Multnomah County Case No. 0909-13281** | X | X | X | Unknown |
| Account No. <br><br>**Gurudhan S. Khalsa**<br>**121 SW Morrison Street, Ste. 925**<br>**Portland, OR 97204** | | - | | December 2011<br>**Reimbursement of taxes paid on behalf of**<br>**Debtor** | | | | 90,000.00 |
| Account No. <br><br>**Gurutej Singh Khalsa**<br>**c/o Davis Wright Tremaine, LLP**<br>**1300 SW Fifth Avenue, Suite 2300**<br>**Portland, OR 97201** | X | - | | 5/13/2010<br>**Claim for breach of fidiciary duty, etc. Circuit**<br>**Court Multnomah County Case No. 0909-13281** | X | X | X | Unknown |
| Account No. <br><br>**Harrang Long Gary Rudnick PC**<br>**380 E. 10th Avenue, Suite 300**<br>**Eugene, OR 97401** | | - | | **Provision of legal services** | | | | 6,000.00 |

Sheet no. __1__ of __3__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)            96,000.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **Golden Temple Management, LLC**           Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Claim to holdback funds | | | | |
| **Hearthside Food Solutions, LLC 1901 Butterfield Rd., Ste. 530 Downers Grove, IL 60515** | | - | | | | X | X | X | **9,800,000.00** |
| **Account No.** | | | | | December 2011 Reimbursement of taxes paid on behalf of Debtor | | | | |
| **Karam S. Khalsa 121 SW Morrison Street, Ste. 925 Portland, OR 97204** | | - | | | | | | | **155,000.00** |
| **Account No.** | | | | | December 2011 Reimbursement of taxes paid on behalf of Debtor | | | | |
| **Kartar Sing Khalsa 121 SW Morrison Street, Ste. 925 Portland, OR 97204** | | - | | | | | | | **12,500.00** |
| **Account No.** | | | | | 10/2011 Legal services rendered to Debtor. | | | | |
| **Perkins Coie 1120 NW Couch Street, Tenth Flr Portland, OR 97209** | | - | | | | | | | **78,000.00** |
| **Account No.** | | | | | 5/13/2010 Claim for breach of fidiciuary duty, etc. Circuit Court Multnomah County Case No. 0909-13281 | | | | |
| **Sardarni Guru Amrit Kaur Khalsa c/o Davis Wright Tremaine LLP 1300 SW Fifth Avenue, Suite 2300 Portland, OR 97201** | X | - | | | | X | X | X | **Unknown** |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       **10,045,500.00**

In re   **Golden Temple Management, LLC**          Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> Sikh Dharma International <br> c/o Davis Wright Tremaine, LLP <br> 1300 SW Fifth Avenue, Suite 2300 <br> Portland, OR 97201 | X | - | | 5/13/2010 <br> Claim for breach of fidiciuary duty, etc. Circuit Court Multnomah County Case No. 0909-13281 | X | X | X | Unknown |
| Account No. <br><br> Special Interest - Trust Beneficiaries <br> c/o State of Oregon <br> Assistant Attorney General <br> 1162 Court Street NE <br> Salem, OR 97301 | | - | | Potential class of claimants created by 12/12/11 order of Judge Roberts | X | X | X | Unknown |
| Account No. <br><br> State of Oregon c/o Susan A. Miller, Esq <br> Assistant Attorneys General <br> Department of Justice <br> 1515 SW Fifth Avenue, Ste 410 <br> Portland, OR 97201 | X | - | | 10/7/2010 <br> Claim for breach of fidiciuary duty, etc. Circuit Court Multnomah County Case No. 1010-14518 | X | X | X | Unknown |
| Account No. <br><br><br><br> | | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 0.00 |
| Total <br> (Report on Summary of Schedules) | 10,434,000.00 |

In re    **Golden Temple Management, LLC**                         ,    Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Hearthside Food Solutions, LLC**<br>**1901 Butterfield Rd., Ste. 530**<br>**Downers Grove, IL 60515** | **Contract for sale of business division in March, 2010. Debtor maintains certain rights and potential liabilities under contract.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Golden Temple Management, LLC**             Case No. _____

                                ,
                 Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ajeet S. Khalsa<br>c/o Kenneth R. Davis II<br>Lane Powell, PC<br>601 SW Second Ave., Suite 2100<br>Portland, OR 97204 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |
| Ajeet S. Khalsa<br>c/o Michael E. Farnell<br>Parsons Farnell & Grein, LLP<br>1030 SW Morrison Street<br>Portland, OR 97205 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |
| Guru Hari S. Khalsa<br>c/o Kenneth R. Davis II<br>Lane Powell PC<br>601 SW Second Ave., Ste. 2100<br>Portland, OR 97204 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |
| Guru Hari S. Khalsa<br>c/o Michael E. Farnell<br>Parsons Farnell & Grein, LLP<br>1030 SW Morrison Street<br>Portland, OR 97205 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |
| Gurudhan S. Khalsa<br>c/o Kenneth R. Davis II<br>Lane Powell PC<br>601 SW Second Ave., Ste. 2100<br>Portland, OR 97204 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |
| Gurudhan S. Khalsa<br>c/o Michael E. Farnell<br>Parsons Farnell & Grein, LLP<br>1030 SW Morrison Street<br>Portland, OR 97205 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |
| Karam Singh Khalsa<br>c/o Kenneth R. Davis II<br>Lane Powell, PC<br>601 SW Second Ave., Ste. 2100<br>Portland, OR 97204 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |
| Karam Singh Khalsa<br>c/o Michael E. Farnell<br>Parsons Farnell & Grein, LLP<br>1030 SW Morrison Street<br>Portland, OR 97205 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |

**7**

_____ continuation sheets attached to Schedule of Codebtors

Case 12-60536-fra11   Doc 1   Filed 02/18/12

In re   **Golden Temple Management, LLC**                                                   , Case No. _____

                                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Kartar Singh Khalsa<br>c/o Kenneth R. Davis II<br>Lane Powell, PC<br>601 SW Second Ave., Suite 2100<br>Portland, OR 97204 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |
| Kartar Singh Khalsa<br>c/o Irving W. Potter<br>Josselson & Potter<br>9400 SW Beaverton-Hillsdale Hwy #131A<br>Beaverton, OR 97005 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |
| Kartar Singh Khalsa<br>c/o Kenneth R. Davis II<br>Lane Powell, PC<br>601 SW Second Ave., Suite 2100<br>Portland, OR 97204 | Avtar Hari Singh Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Kartar Singh Khalsa<br>c/o Kenneth R. Davis II<br>Lane Powell, PC<br>601 SW Second Ave., Suite 2100<br>Portland, OR 97204 | Guru Raj Kaur Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Kartar Singh Khalsa<br>c/o Kenneth R. Davis II<br>Lane Powell, PC<br>601 SW Second Ave., Suite 2100<br>Portland, OR 97204 | Guru Sangat Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Kartar Singh Khalsa<br>c/o Kenneth R. Davis II<br>Lane Powell, PC<br>601 SW Second Ave., Suite 2100<br>Portland, OR 97204 | Gurutej Singh Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Kartar Singh Khalsa<br>c/o Kenneth R. Davis II<br>Lane Powell, PC<br>601 SW Second Ave., Suite 2100<br>Portland, OR 97204 | Sardarni Guru Amrit Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Kartar Singh Khalsa<br>c/o Kenneth R. Davis II<br>Lane Powell, PC<br>601 SW Second Ave., Suite 2100<br>Portland, OR 97204 | Sikh Dharma International<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Kartar Singh Khalsa<br>c/o Irving W. Potter<br>Josselson & Potter<br>9400 SW Beaverton-Hillsdale Hwy #131A<br>Beaverton, OR 97005 | Avtar Hari Singh Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |

Sheet   __1__  of  __7__   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Golden Temple Management, LLC**                      ,     Case No. _____

                                           Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Kartar Singh Khalsa<br>c/o Irving W. Potter<br>Josselson & Potter<br>9400 SW Beaverton-Hillsdale Hwy #131A<br>Beaverton, OR 97005 | Guru Raj Kaur Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Kartar Singh Khalsa<br>c/o Irving W. Potter<br>Josselson & Potter<br>9400 SW Beaverton-Hillsdale Hwy #131A<br>Beaverton, OR 97005 | Guru Sangat Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Kartar Singh Khalsa<br>c/o Irving W. Potter<br>Josselson & Potter<br>9400 SW Beaverton-Hillsdale Hwy #131A<br>Beaverton, OR 97005 | Gurutej Singh Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Kartar Singh Khalsa<br>c/o Irving W. Potter<br>Josselson & Potter<br>9400 SW Beaverton-Hillsdale Hwy #131A<br>Beaverton, OR 97005 | Sardarni Guru Amrit Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Kartar Singh Khalsa<br>c/o Irving W. Potter<br>Josselson & Potter<br>9400 SW Beaverton-Hillsdale Hwy #131A<br>Beaverton, OR 97005 | Sikh Dharma International<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| KIIT Company, Inc.<br>c/o William F. Gary, Esq.<br>Harrang Long Gary Rudnick PC<br>1001 SW Fifth Avenue, 16th Floor<br>Portland, OR 97204 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Ave., Ste 410<br>Portland, OR 97201 |
| Peraim Kaur Khalsa<br>c/o John Spencer Stewart<br>Stewart Sokol & Gray, LLC<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Ave., Ste 410<br>Portland, OR 97201 |
| Peraim Kaur Khalsa<br>c/o John Spencer Stewart<br>Stewart Sokol & Gray, LLC<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201 | Avtar Hari Singh Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Peraim Kaur Khalsa<br>c/o John Spencer Stewart<br>Stewart Sokol & Gray, LLC<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201 | Guru Raj Kaur Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |

Sheet  **2**  of  **7**  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **Golden Temple Management, LLC**                                    Case No. _____

        _____,
                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Peraim Kaur Khalsa<br>c/o John Spencer Stewart<br>Stewart Sokol & Gray, LLC<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201 | Guru Sangat Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Peraim Kaur Khalsa<br>c/o John Spencer Stewart<br>Stewart Sokol & Gray, LLC<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201 | Gurutej Singh Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Peraim Kaur Khalsa<br>c/o John Spencer Stewart<br>Stewart Sokol & Gray, LLC<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201 | Sardarni Guru Amrit Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Peraim Kaur Khalsa<br>c/o John Spencer Stewart<br>Stewart Sokol & Gray, LLC<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201 | Sikh Dharma International<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Robert Ziehl<br>c/o Kenneth R. Davis II<br>Lane Powell<br>601 SW Second Ave., Ste. 2100<br>Portland, OR 97204 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |
| Robert Ziehl<br>c/o Irving W. Potter<br>Josselson & Potter<br>9400 SW Beaverton-Hillsdale Hwy #131A<br>Beaverton, OR 97005 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |
| Sikh Dharma International<br>c/o David H. Angeli<br>Angeli Law Group<br>121 SW Morrison, Suite 400<br>Portland, OR 97204 | Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Sikh Dharma Stewardship, LLC | Avtar Hari Singh Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Sikh Dharma Stewardship, LLC | Guru Raj Kaur Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |

Sheet __3__ of __7__ continuation sheets attached to the Schedule of Codebtors

Best Case Bankruptcy

Case 12-60536-fra11    Doc 1    Filed 02/18/12

In re    **Golden Temple Management, LLC**                                    Case No. _____

_____,
                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Sikh Dharma Stewardship, LLC | Guru Sangat Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Sikh Dharma Stewardship, LLC | Gurutej Singh Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Sikh Dharma Stewardship, LLC | Sardarni Guru Amrit Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Sikh Dharma Stewardship, LLC | Sikh Dharma International<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Siri Karm Kaur Khalsa<br>c/o John Spencer Stewart<br>Stewart Sokol & Gray, LLC<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |
| Siri Karm Kaur Khalsa<br>c/o John Spencer Stewart<br>Stewart Sokol & Gray, LLC<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201 | Avtar Hari Singh Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Siri Karm Kaur Khalsa<br>c/o John Spencer Stewart<br>Stewart Sokol & Gray, LLC<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201 | Guru Raj Kaur Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Siri Karm Kaur Khalsa<br>c/o John Spencer Stewart<br>Stewart Sokol & Gray, LLC<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201 | Guru Sangat Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Siri Karm Kaur Khalsa<br>c/o John Spencer Stewart<br>Stewart Sokol & Gray, LLC<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201 | Gurutej Singh Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |

Sheet __4__ of __7__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Golden Temple Management, LLC**                      Case No. _____

                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Siri Karm Kaur Khalsa<br>c/o John Spencer Stewart<br>Stewart Sokol & Gray, LLC<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201 | Sardarni Guru Amrit Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Siri Karm Kaur Khalsa<br>c/o John Spencer Stewart<br>Stewart Sokol & Gray, LLC<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201 | Sikh Dharma International<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Siri Singh Sahib Corporation | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |
| Siri Singh Sahib Corporation | Avtar Hari Singh Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Siri Singh Sahib Corporation | Guru Raj Kaur Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Siri Singh Sahib Corporation | Guru Sangat Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Siri Singh Sahib Corporation | Gurutej Singh Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Siri Singh Sahib Corporation | Sardarni Guru Amrit Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Siri Singh Sahib Corporation | Sikh Dharma International<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Sopurkh Kaur Khalsa<br>c/o Robert L. O'Halloran<br>McEwen Gisvold, LLP<br>1100 SW 6th Ave., Ste. 1600<br>Portland, OR 97204 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |

Sheet  **5**  of  **7**  continuation sheets attached to the Schedule of Codebtors

In re   **Golden Temple Management, LLC**                                            ,          Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Sopurkh Kaur Khalsa<br>c/o Robert L. O'Halloran<br>McEwen Gisvold, LLP<br>1100 SW 6th Ave., Ste. 1600<br>Portland, OR 97204 | Avtar Hari Singh Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Sopurkh Kaur Khalsa<br>c/o Robert L. O'Halloran<br>McEwen Gisvold, LLP<br>1100 SW 6th Ave., Ste. 1600<br>Portland, OR 97204 | Guru Raj Kaur Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Sopurkh Kaur Khalsa<br>c/o Robert L. O'Halloran<br>McEwen Gisvold, LLP<br>1100 SW 6th Ave., Ste. 1600<br>Portland, OR 97204 | Guru Sangat Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Sopurkh Kaur Khalsa<br>c/o Robert L. O'Halloran<br>McEwen Gisvold, LLP<br>1100 SW 6th Ave., Ste. 1600<br>Portland, OR 97204 | Gurutej Singh Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Sopurkh Kaur Khalsa<br>c/o Robert L. O'Halloran<br>McEwen Gisvold, LLP<br>1100 SW 6th Ave., Ste. 1600<br>Portland, OR 97204 | Sardarni Guru Amrit Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Sopurkh Kaur Khalsa<br>c/o Robert L. O'Halloran<br>McEwen Gisvold, LLP<br>1100 SW 6th Ave., Ste. 1600<br>Portland, OR 97204 | Sikh Dharma International<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Unto Infinity, LLC<br>c/o William F. Gary, Esq.<br>Harrang Long Gary Rudnick, PC<br>1001 SW Fifth Avenue, 16th Floor<br>Portland, OR 97204 | State of Oregon c/o Susan A. Miller, Esq<br>Assistant Attorneys General<br>Department of Justice<br>1515 SW Fifth Avenue, Ste 410<br>Portland, OR 97201 |
| Unto Infinity, LLC<br>c/o William F. Gary, Esq.<br>Harrang Long Gary Rudnick, PC<br>1001 SW Fifth Avenue, 16th Floor<br>Portland, OR 97204 | Avtar Hari Singh Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |
| Unto Infinity, LLC<br>c/o William F. Gary, Esq.<br>Harrang Long Gary Rudnick, PC<br>1001 SW Fifth Avenue, 16th Floor<br>Portland, OR 97204 | Guru Raj Kaur Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 |

Sheet __6__ of __7__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re    **Golden Temple Management, LLC**                                    Case No. _____

_____,
                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Unto Infinity, LLC**<br>**c/o William F. Gary, Esq.**<br>**Harrang Long Gary Rudnick, PC**<br>**1001 SW Fifth Avenue, 16th Floor**<br>**Portland, OR 97204** | **Guru Sangat Kaur Khalsa**<br>**c/o Davis Wright Tremaine LLP**<br>**1300 SW Fifth Avenue, Suite 2300**<br>**Portland, OR 97201** |
| **Unto Infinity, LLC**<br>**c/o William F. Gary, Esq.**<br>**Harrang Long Gary Rudnick, PC**<br>**1001 SW Fifth Avenue, 16th Floor**<br>**Portland, OR 97204** | **Gurutej Singh Khalsa**<br>**c/o Davis Wright Tremaine, LLP**<br>**1300 SW Fifth Avenue, Suite 2300**<br>**Portland, OR 97201** |
| **Unto Infinity, LLC**<br>**c/o William F. Gary, Esq.**<br>**Harrang Long Gary Rudnick, PC**<br>**1001 SW Fifth Avenue, 16th Floor**<br>**Portland, OR 97204** | **Sardarni Guru Amrit Kaur Khalsa**<br>**c/o Davis Wright Tremaine, LLP**<br>**1300 SW Fifth Avenue, Suite 2300**<br>**Portland, OR 97201** |
| **Unto Infinity, LLC**<br>**c/o William F. Gary, Esq.**<br>**Harrang Long Gary Rudnick, PC**<br>**1001 SW Fifth Avenue, 16th Floor**<br>**Portland, OR 97204** | **Sikh Dharma International**<br>**c/o Davis Wright Tremaine, LLP**<br>**1300 SW Fifth Avenue, Suite 2300**<br>**Portland, OR 97201** |

Sheet __7__ of __7__ continuation sheets attached to the Schedule of Codebtors

# United States Bankruptcy Court
## District of Oregon

In re   __Golden Temple Management, LLC__ _____

                               Debtor(s)

Case No. _____

Chapter   __11__ _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __February 17, 2012__ _____

Signature  __/s/ Kartar Singh Khalsa__ _____
                  **Kartar Singh Khalsa**
                  **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Oregon

In re    **Golden Temple Management, LLC**          Case No.

                                   Debtor(s)      Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,982,500.00** | **2011 - Income received from Golden Temple of Oregon, LLC** |
| **$49,479,142.00** | **2010 - Income received from Golden Temple of Oregon, LLC (see attached)** |
| **$0.00** | **2012 (YTD) - Income received from Golden Temple of Oregon, LLC** |

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

### 3. Payments to creditors

**None** ■   *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Kartar Singh Khalsa**<br><br>**Managing Member** | **April 2011 - most of this distribution was made by Debtor for payment of personal income tax liability** | **$209,760.00** | **$0.00** |
| **Karam Singh Khalsa**<br>**121 SW Morrison Street, Ste. 925**<br>**Portland, OR 97204**<br>  **Managing Member** | **April 2011 - most of this distribution was made by Debtor for payment of personal income tax liability** | **$96,140.00** | **$0.00** |
| **Ajeet S. Khalsa**<br>**950 International Way**<br>**Springfield, OR 97477**<br>  **Member** | **April 2011 - most of this distribution was made by Debtor for payment of personal income tax liability** | **$65,550.00** | **$0.00** |
| **Gurudhan S. Khalsa**<br>**1616 Preuss Rd.**<br>**Los Angeles, CA 90035**<br>  **Member** | **April 2011 - most of this distribution was made by Debtor for payment of personal income tax liability** | **$43,700.00** | **$0.00** |
| **Guru Hari S. Khalsa**<br>**950 International Way**<br>**Springfield, OR 97477**<br>  **Member** | **April 2011 - most of this distribution was made by Debtor for payment of personal income tax liability** | **$21,850.00** | **$0.00** |
| **Kartar Singh Khalsa**<br>**121 SW Morrison Street, Ste. 925**<br>**Portland, OR 97204**<br>  **Managing Member** | **June 2011 - most of this distribution was made by Debtor for payment of personal income tax liability** | **$209,760.00** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Karam Singh Khalsa<br>121 SW Morrison Steet, Ste. 925<br>Portland, OR 97204<br>   Managing Member | June 2011 - most of this distribution was made by Debtor for payment of personal income tax liability | $96,140.00 | $0.00 |
| Ajeet S. Khalsa<br>950 International Way<br>Springfield, OR 97477<br>   Member | June 2011 - most of this distribution was made by Debtor for payment of personal income tax liability | $65,550.00 | $0.00 |
| Gurudhan S. Khalsa<br>1616 Preuss Rd.<br>Los Angeles, CA 90035<br>   Member | June 2011 - most of this distribution was made by Debtor for payment of personal income tax liability | $43,700.00 | $0.00 |
| Guru Hari S. Khalsa<br>950 International way<br>Springfield, OR 97477<br>   Member | June 2011 - most of this distribution was made by Debtor for payment of personal income tax liability | $21,850.00 | $0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sardarni Guru Amrit Kaur Khalsa, et al v. Kartar Singh Khalsa, et al., 0909-13281 | Breach of Fiduciary Duty | Circuit Court Multnomah County Oregon | Pending. Findings and Conclusions entered 12/12/11. |
| State of Oregon v. Siri Singh Sahib Corp., et al 1010-14518 | Breach of Fiduciary Duty | Circuit Court Multnomah County Oregon | Pending. Findings and Conclusions entered 12/12/11. |
| Loera, et al. v. Sikh Kharma Community, et al., ECU 06248 | N/A | Superior Court of California County of Imperial | Resolved |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Winston & Cashatt, Lawyers, P.S. 601 W. Riverside Ave., Ste. 1900 Spokane, WA 99201** | **Prior to bankruptcy petition filing** | **$100,000.00 placed in trust account; Applications to the Court for reimbursement of fees and expenses will be made and funds to be used only by Order of the Court. $48,166.00 paid prior to filing for services rendered.** |

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Golden Temple of Oregon, LLC | 26-0820665 | 950 International Way Springfield, OR 97477 | Sale of food products | 2007 - Present |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME            ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS            DATES SERVICES RENDERED
**Brad Wicker - Corporate Controller**      **2010-2012**
**950 International Way**
**Springfield, OR 97477**

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME      ADDRESS           DATES SERVICES RENDERED
**Moss Adams, LLC**    **975 Oak Street, Suite 500**    **2010-2012**
     **Eugene, OR 97401**

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME           ADDRESS
**Moss Adams, LLC**        **975 Oak Street, Suite 500**
       **Eugene, OR 97401**

**Brad Wicker - Corporate Controller**      **950 International Way**
     **Springfield, OR 97477**

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS          DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Kartar Singh Khalsa<br>121 SW Morrison Street, Ste. 925<br>Portland, OR 97204 | Manager | 48% |
| Karam S. Khalsa<br>121 SW Morrison Street, Ste. 925<br>Portland, OR 97204 | Manager | 22% |
| Ajeet S. Khalsa<br>950 International Way<br>Springfield, OR 97477 | Member | 15% |
| Guru Hari S. Khalsa<br>950 International Way<br>Springfield, OR 97477 | Member | 5% |
| Gurudhan S. Khalsa<br>1616 Preuss Rd.<br>Los Angeles, CA 90035 | Member | 10% |
| Robert Ziehl<br>121 SW Morrison Street, Ste. 925<br>Portland, OR 97204 | Member | 30 Units/0% |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR **See SOFA(3)(c)** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND      TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **February 17, 2012**      Signature   **/s/ Kartar Singh Khalsa**
**Kartar Singh Khalsa**
**Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Golden Temple of Oregon**
**Summary of Income - 2010 and 2011 GTO to GTM**

|                             |      2010* |     2011** |
|-----------------------------|-----------:|-----------:|
| Ordinary Income             |  5,330,501 |  3,982,500 |
| Rental income               |    182,308 |            |
| Interest income             |    204,925 |            |
| Ordinary dividends          |        113 |            |
| Net short term capital loss |      (103) |            |
| Net long term capital loss  |    (1,928) |            |
| Net section 1231 gain       | 45,440,455 |            |
| Section 179 deduction       |  (450,000) |            |
| Charitable contributions    |(1,226,038) |            |
| Portfolio deductions        |    (1,091) |            |
|                             | 49,479,142 |  3,982,500 |

\* 2010 information is directly from 2010 Schedule K-1 to GTM

\*\* 2011 information is estimated based on information provided at
year-end for tax planning and is subject change following the financial
statement audit and completion of year-end work.  The income is shown
above on a net basis as separate allocation is not currently available.

# WRITTEN CONSENT OF
## THE MANAGERS OF
## GOLDEN TEMPLE MANAGEMENT, LLC

The undersigned, constituting all of the managers (the "***Managers***") of Golden Temple Management, LLC, an Oregon manager-managed limited liability company (the "***Company***"), in accordance with the Company's Operating Agreement dated September 1, 2007, as amended (the "***Operating Agreement***"), hereby adopt the resolutions set forth below and the taking of the actions specified therein. Capitalized terms used but not defined herein shall have the meanings given to such terms in the Operating Agreement.

WHEREAS, the Company is a party to certain litigation in Multnomah County Circuit Court (the "***Court***"), Case Nos. 0909-13281 and 1010-14518 captioned Khalsa, et al. v. Khalsa, et al. and State of Oregon v. Siri Singh Sahib Corp., et al., respectively, which were consolidated by the Court (the "***Litigation***");

WHEREAS, the Court has issued certain Findings and Conclusions dated December 12, 1011 (the "***Findings and Conclusions***") indicating that the Court will issue a substantial judgment adverse to the Company, which is likely to directly or indirectly (i) cause the Company to be deprived of its primary asset, consisting of its membership interest in Golden Temple of Oregon, LLC, an Oregon limited liability company ("***GTO***"), and (ii) materially impede its ability to manage GTO;

WHEREAS, the Company believes that it has a good faith basis for appealing a judgment based on the Findings and Conclusions rendered by the Court, but it may be prevented from doing so because of the nature and extent of the remedies that may be granted by the Court;

WHEREAS, the Company intends to challenge any such judgment on appeal, but is concerned that it may lose control of GTO while the appeal is pending, and that those who assume control of GTO will fail to manage GTO effectively during that time such that, even if the Company prevails on appeal, the value of the Company's primary asset following such appeal will likely be worth substantially less than it is today, and the value of the Company may thereby materially deteriorate to the detriment of its creditors and interest holders;

WHEREAS, the Findings and Conclusions could expose the Company to a multiplicity of lawsuits in forums throughout the world brought by plaintiffs claiming "special interest" standing to sue on behalf of the alleged charitable trust, and adopting this resolution will require all such potential claimants to come forward now and be addressed in an orderly fashion;

WHEREAS, in light of the potential judgment against it, the Company also wishes to address its potential liability to other creditors, who may include, among

708652.0002/5274637.2

others, Hearthside Food Solutions, LLC, Perkins Coie LLP, CNA, and its members;

**WHEREAS**, Chapter 11 of the Bankruptcy Code of 1978, as amended (the "*Bankruptcy Code*"), may provide an orderly, logical, methodical, and fair manner to maintain the status quo pending appeal and to protect and preserve the Company for the benefit of its creditors and interest holders and to avoid harm to the Company's creditors while reorganization efforts are underway and an appeal is pending; and

**WHEREAS**, the Company desires to retain counsel for evaluating its options under the Bankruptcy Code and for advising the Company in the event the Company and its members elect to proceed with any filing under the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company, through either of its Managers, is hereby directed, authorized and empowered to retain Nancy L. Isserlis of Winston & Cashatt to represent the Company with respect to alternatives it may have, including, without limitation, a filing under Chapter 11 of the Bankruptcy Code;

**RESOLVED FURTHER**, that such counsel is also being retained for purposes of representing the Company as debtor in possession in the event any such filing is made on behalf of the Company; and

**RESOLVED FURTHER**, that the Managers of the Company and further directed, authorized and empowered to execute and deliver on behalf of the Company any and all additional documents, certificates and instruments, and to take all further action as they consider advisable or necessary in order to implement the foregoing resolutions.

This consent may be executed in two or more counterparts (any of which may be delivered via facsimile or electronic transmission), each of which shall constitute an original, but all of which when taken together shall constitute one and the same consent.

This consent shall be effective as of February __, 2012.

*[Signature page follows]*

2

**Managers/Members:**

_____
Kartar S. Khalsa, Manager

_____
Karam S. Khalsa, Manager

_____
Ajeet S. Khalsa, Member


_____
Gurudhan S. Khalsa, Member

_____
Guru Hari S. Khalsa, Member

_____
Robert Ziehl, Member

3

708652.0002/5274637.2

**Managers/Members:**

_____
Kartar S. Khalsa, Manager

_____
Karam S. Khalsa, Manager

_____
Ajeet S. Khalsa, Member

*Gurudhan S. Khalsa* 2/15/12
_____
Gurudhan S. Khalsa, Member

_____
Guru Hari S. Khalsa, Member

_____
Robert Ziehl, Member

708652.0002/5274637.2

# United States Bankruptcy Court
## District of Oregon

In re   **Golden Temple Management, LLC**            Case No. _____

                              Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ajeet S. Khalsa**<br>**950 International Way**<br>**Springfield, OR 97477** | **Member** | **15%** | |
| **Guru Hari S. Khalsa**<br>**950 International Way**<br>**Springfield, OR 97477** | **Member** | **5%** | |
| **Gurudhan S. Khalsa**<br>**1616 Preuss Rd.**<br>**Los Angeles, CA 90035** | **Member** | **10%** | |
| **Karam S. Khalsa**<br>**121 SW Morrison Street, Ste. 925**<br>**Portland, OR 97204** | **Manager Member** | **22%** | |
| **Kartar Singh Khalsa**<br>**121 SW Morrison Street, Ste. 925**<br>**Portland, OR 97204** | **Manager Member** | **48%** | |
| **Robert Ziehl**<br>**121 SW Morrison Street, Ste. 925**<br>**Portland, OR 97204** | **Member** | **0%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____ **February 17, 2012** _____      Signature **/s/ Kartar Singh Khalsa** _____

                                         **Kartar Singh Khalsa**
                                         **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

_____**0**_____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Oregon

In re   **Golden Temple Management, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Avtar Hari Singh Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 | Avtar Hari Singh Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 | Claim for breach of fidiciary duty, etc. Circuit Court Multnomah County Case No. 0909-13281 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Guru Raj Kaur Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 | Guru Raj Kaur Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 | Claim for breach of fidiciary duty, etc. Circuit Court Multnomah County Case No. 0909-13281 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Guru Sangat Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 | Guru Sangat Kaur Khalsa<br>c/o Davis Wright Tremaine LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 | Claim for breach of fidiciary duty, etc. Circuit Court Multnomah County Case No. 0909-13281 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Gurutej Singh Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 | Gurutej Singh Khalsa<br>c/o Davis Wright Tremaine, LLP<br>1300 SW Fifth Avenue, Suite 2300<br>Portland, OR 97201 | Claim for breach of fidiciary duty, etc. Circuit Court Multnomah County Case No. 0909-13281 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Harrang Long Gary Rudnick PC<br>380 E. 10th Avenue, Suite 300<br>Eugene, OR 97401 | Harrang Long Gary Rudnick PC<br>380 E. 10th Avenue, Suite 300<br>Eugene, OR 97401 | Provision of legal services | | 6,000.00 |
| Hearthside Food Solutions, LLC<br>1901 Butterfield Rd., Ste. 530<br>Downers Grove, IL 60515 | Hearthside Food Solutions, LLC<br>1901 Butterfield Rd., Ste. 530<br>Downers Grove, IL 60515 | Claim to holdback funds | Contingent<br>Unliquidated<br>Disputed | 9,800,000.00 |
| Perkins Coie<br>1120 NW Couch Street, Tenth Flr<br>Portland, OR 97209 | Perkins Coie<br>1120 NW Couch Street, Tenth Flr<br>Portland, OR 97209 | Legal services rendered to Debtor. | | 78,000.00 |

Case 12-60536-fra11   Doc 1   Filed 02/18/12

In re  **Golden Temple Management, LLC**                              Case No.  _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Sardarni Guru Amrit Kaur Khalsa c/o Davis Wright Tremaine LLP 1300 SW Fifth Avenue, Suite 2300 Portland, OR 97201** | **Sardarni Guru Amrit Kaur Khalsa c/o Davis Wright Tremaine LLP 1300 SW Fifth Avenue, Suite 2300 Portland, OR 97201** | **Claim for breach of fidiciary duty, etc. Circuit Court Multnomah County Case No. 0909-13281** | **Contingent Unliquidated Disputed** | **Unknown** |
| **Sikh Dharma International c/o Davis Wright Tremaine, LLP 1300 SW Fifth Avenue, Suite 2300 Portland, OR 97201** | **Sikh Dharma International c/o Davis Wright Tremaine, LLP 1300 SW Fifth Avenue, Suite 2300 Portland, OR 97201** | **Claim for breach of fidiciary duty, etc. Circuit Court Multnomah County Case No. 0909-13281** | **Contingent Unliquidated Disputed** | **Unknown** |
| **Special Interest - Trust Beneficiaries c/o State of Oregon Assistant Attorney General 1162 Court Street NE Salem, OR 97301** | **Special Interest - Trust Beneficiaries c/o State of Oregon Assistant Attorney General Salem, OR 97301** | **Potential class of claimants created by 12/12/11 order of Judge Roberts** | **Contingent Unliquidated Disputed** | **Unknown** |
| **State of Oregon c/o Susan A. Miller, Esq Assistant Attorneys General Department of Justice 1515 SW Fifth Avenue, Ste 410 Portland, OR 97201** | **State of Oregon c/o Susan A. Miller, Esq Assistant Attorneys General Department of Justice Portland, OR 97201** | **Claim for breach of fidiciary duty, etc. Circuit Court Multnomah County Case No. 1010-14518** | **Contingent Unliquidated Disputed** | **Unknown** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case 12-60536-fra11    Doc 1    Filed 02/18/12

In re   **Golden Temple Management, LLC**                  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 17, 2012** _____       Signature   **/s/ Kartar Singh Khalsa** _____

                                                          **Kartar Singh Khalsa**
                                                        **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

```
1  JOHN D. ALBERT, OSB #76041
2  ALBERT & TWEET, LLP
3  242 Church St. SE, PO Box 968
4  Salem, OR 97308
5  Telephone: (503)585-2056
6  of Attorneys for Debtor
7
```

8           UNITED STATES BANKRUPTCY COURT

9              FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| 10 In re: | ) | |
| 11 | ) | Case No. _____-____11 |
| 12 Golden Temple Management, LLC | ) | |
| 13 | ) | **CERTIFICATE OF SERVICE** |
| 14 Debtor. | ) | |

15    I hereby certify that on **February 17, 2012**, I served the **LIST**

16  **OF CREDITORS HOLDING TWENTY LARGEST UNSECURED CLAIMS and a self**

17  **adhesive Label with the name and service address for the debtor,**

18  **debtor's attorneys and each creditor on the LIST OF CREDITORS**

19  **HOLDING TWENTY LARGEST UNSECURED CLAIMS** on the following persons

20  listed below, by depositing to each a correct copy thereof, postage

21  prepaid, addressed to them at the addresses noted below and

22  deposited in the said post office at Salem, Oregon on said day.

23  Between the said post office and the address to which said copy was

24  mailed, there is a regular communication of U.S. Mail.

```
25    US Trustee
26    405 East Eighth Ave. #1100
27    Eugene, OR 97401-2706
```

28                              ALBERT & TWEET, LLP

```
29                              By /s/ John D. Albert
30                                 John D. Albert
31  p:\bf\banko\goldentemplecer    of Attorneys for Debtor
```

**Page 1 of 1 - CERTIFICATE OF SERVICE**

**ALBERT & TWEET, LLP**
**PO Box 968**
**Salem, OR 97308**
**(503) 585-2056**
