# United States Bankruptcy Court
## District of Oregon

In re   **Golden Temple Management, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Golden Temple Management, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 17, 2012** | **/s/ John Albert** |
| Date | **John Albert** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Golden Temple Management, LLC** |
| | **Albert & Tweet, LLP** |
| | **P.O. Box 968** |
| | **Salem, OR 97308** |
| | **503-585-2056 Fax:503-375-2649** |